THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKESHIA MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE CO., a foreign automobile insurance company,<br><br>Defendant. | Case No. 2:18-cv-01316-TSZ<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

## I.  STIPULATION

Defendant Esurance Insurance Co. and Plaintiff Mikeshia Morrison, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Based on the complexity of this matter and the need for additional time to assess claims and defenses, the parties wish to extend the time for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint.

2. The parties agree that the time for Defendant to respond to the Amended Complaint with such pleadings, motions, or objections as it deems appropriate should be extended to September 28, 2018.

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO ANSWER AMENDED COMPLAINT - (CASE
NO. 2:18-CV-1316) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

3. The parties request that the Court enter the subjoined Order.

IT IS SO STIPULATED this 14th day of September, 2018.

| BADGLEY MULLINS TURNER PLLC | FOX ROTHSCHILD LLP |
|---|---|
| By   */s/ Duncan C. Turner*<br>Duncan C. Turner, WSBA #20597<br>Daniel A. Rogers, WSBA #46372<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 621-6566<br>Fax (206) 621-9686<br>Email: duncanturner@badgleymullins.com | By   */s/ Gavin W. Skok*<br>Gavin W. Skok, WSBA #29766<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>Fax (206) 389-1708<br>Email: gskok@foxrothschild.com |
| LAW OFFICE OF RANDALL C. JOHNSON, PLLC<br><br>By   */s/ Randall C. Johnson, Jr.*<br>Randall C. Johnson, Jr., WSBA #24556<br>P.O. Box. 15881<br>Seattle, WA 98115<br>Telephone: (206) 890-0616<br>Email: rcjj.law@gmail.com | By   */s/ Patrick M. Fenlon*<br>Patrick M. Fenlon, *admitted pro hac vice*<br>Campbell Mithun Tower – Suite 2000<br>222 South Ninth Street<br>Minneapolis, MN 55402<br>Telephone: 612-607-7000<br>Facsimile: 612-607-7100<br>Email:   pfenlon@foxrothschild.com<br><br>Attorneys for Defendant<br>Esurance Insurance Co. |
| LAW OFFICE OF RYAN C. NUTE, PLLC<br><br>By   */s/ Ryan C. Nute*<br>Ryan C. Nute, WSBA #32530<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 330-0482<br>Email: ryan@rcnutelaw.com<br><br>Attorneys for Plaintiff | |

## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant Esurance Insurance Co. to answer or otherwise respond to Plaintiff Mikeshia Morrison's Amended Complaint shall be extended to September 28, 2018.

DATED this 17th day of September, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge