UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON,

        Plaintiff,

v.

ESURANCE INSURANCE CO,

        Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's First Motion to Compel Responses to Discovery and for Sanctions Against Esurance Insurance Co., docket no. 19, is GRANTED. Within thirty (30) days of the date of this Order, Defendant will produce documents and communications regarding "maximum medical improvement" or "MMI" that Defendant exchanged with the "Potential Class Members" identified in Defendant's Notice of Removal, (docket no. 1). No further discovery related to class-certification will be permitted. Plaintiff's request for reasonable attorney's fees is GRANTED.

(2) Plaintiff's Motion for Relief from Class Certification Deadline, docket no. 17, is GRANTED as follows: any motions related to class certification must be filed by August 29, 2019. The Clerk will issue a scheduling order modifying related dates accordingly.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk