UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ESURANCE INSURANCE CO. a foreign automobile insurance company,

Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order dated April 17, 2019, docket no. 35, the Minute Order Setting Trial Date and Related Dates, docket no. 14, is AMENDED as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | June 15, 2020 |
| Length of Trial | 5-10 days |
| Any motions related to class certification must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 29, 2019 |
| Deadline for joining additional parties | October 24, 2019 |
| Any motions for leave to amend pleadings filed by | October 24, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 12, 2019 |

MINUTE ORDER - 1

| | |
|---|---|
| All motions related to discovery must be filed by | November 28, 2019 |
| All remaining discovery completed by | February 6, 2020 |
| Settlement Conference pursuant to LCR 39.1(c)(2) held no later than | March 3, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 5, 2020 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 12, 2020 |
| The parties shall engage in mediation pursuant to Local Civil Rule 39.1(c) on or before | April 10, 2020 |
| All motions *in limine* must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | April 30, 2020 |
| Agreed pretrial order due[1] | May 29, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | May 29, 2020 |
| Pretrial conference to be held at 1:30 p.m. on | June 5, 2020 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 3