UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON, On Behalf of herself and all others similarly situated,

                Plaintiff,

v.

ESURANCE INSURANCE CO., a foreign automobile insurance company,

                Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Seal, to Retain Confidentiality Designations, and for Order to Show Cause, docket no. 31, is GRANTED as follows:

    (a) Plaintiff failed to comply with the Local Rules and the Protective Order, docket no. 16, when she publicly filed unredacted versions of documents that had been marked confidential by Defendant.

    (b) The Court finds that the documents were properly marked confidential and should retain their confidentiality designations and should be filed under seal.

    (c) The Court ORDERS as follows:

        (i) The Clerk is DIRECTED to seal (a) Exhibits 14 and 15 to the Declaration of Randall Johnson (docket nos. 20-14 and 20-15), (b) Plaintiff's Reply (docket no. 29), and (c) Exhibit 1 to

MINUTE ORDER - 1

|   |   |   |
|---|---|---|
| | | the Supplemental Declaration of Randall Johnson (docket no. 30-1); |
| | (ii) | Plaintiff is ORDERED to file redacted versions of (a) docket no. 20-14, in which only the following pages are unredacted: ES0003294, ES0003295, and ES0003305; (b) docket no. 29, in which pages 3:11-4:6 are redacted; and (c) docket no. 30-1, in which 42:7-22, 54:1-55:16, 87:1-25, 172:18-24, 177:1-25, and 189:17-25 are redacted; |
| | (iii) | The following documents retain their confidential designations under the Protective Order: (a) Exhibits 14 and 15 to the Declaration of Randall Johnson (docket nos. 20-14 and 20-15), and (b) the following lines appearing in the transcript of the February 21, 2019 Deposition of Melissa Gribble: 23:1-38:25; 40:1-41:25; 42:7-42:22; 44:1-55:16; 56:1-65:25; 68:1-74:25; 76:1-84:25; 86:1-87:25; 89:1-93:25; 95:1-97:23; 110:21-111:16; 112:6-112:24; 167:2-171:18; 172:18-173:8; 175:9-181:21; 187:21-188:25; and 189:17-198:1; |
| | (iv) | The Clerk is DIRECTED to maintain under seal Exhibit 6 to the Declaration of Patrick Fenlon, which contains the confidential portions of the transcript of the February 21, 2019 Deposition of Melissa Gribble; and |
| | (v) | The Court DENIES the request for an Order to Show Cause, and ORDERS Plaintiff and her counsel to pay the reasonable expenses, including attorney's fees, of Defendant in connection with bringing this motion. Defendant may file a motion for attorney's fees within fourteen (14) days of this Minute Order. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2019.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk