UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON,

        Plaintiff,

   v.

ESURANCE INSURANCE CO.,

        Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Request for Fees as Sanctions, docket no. 39, is GRANTED in part and DENIED in part as follows:

    (a) Plaintiff's request for fees related to 5.5 hours of time for "digesting" a deposition transcript while drafting a reply brief is unreasonable in light of the fact that the billing attorney took the deposition in question and had already cited to the transcript in Plaintiff's opening brief. The Court will reduce the reasonable hours for reviewing the transcript in connection with the reply brief from 5.5 hours to 2 hours.

    (b) The Court will further reduce Plaintiff's fees by $70 to account for work performed by Dan Rogers that was unrelated to Plaintiff's motion.

    (c) Defendant Esurance shall pay to Plaintiff's counsel $17,182 within 14 days of the date of this Minute Order.

(2) Defendant's Motion for Attorney's Fees, docket no. 51, is GRANTED in part and DENIED in part as follows:

MINUTE ORDER - 1

(a) Defendant's fees are reasonable insofar as they relate to sealing Exhibits 14 and 15 to the Declaration of Randall Johnson (docket nos. 20-14 and 20-15), which were marked confidential prior to Plaintiff's public filing of those documents on March 14, 2019. Defendant will be entitled to recover $1,405 for work related to sealing or otherwise withdrawing those documents from the public docket. Plaintiff does not oppose this amount. *See* Plf.'s Response in Opposition, docket no. 54, at 10.

(b) Defendant's claimed fees are less reasonable insofar as they relate to Defendant's attempt to seal deposition excerpts which Defendant designated as confidential after Plaintiff filed them. The parties disagree about who is to blame for the failure to resolve this dispute via stipulation, and the Court concludes that a 50% reduction in the remaining fees claimed by Defendant is reasonable. Defendant will be entitled to recover $8,088.50 for the remaining work related to its motion to seal.

(c) Plaintiff shall pay to Defendant Esurance's counsel $9,493.50 within 14 days of the date of this Minute Order.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2