The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKESHIA MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE CO., a foreign automobile insurance company,<br><br>Defendant. | Case No. 2:18-cv-01316-TSZ<br><br>**DEFENDANT ESURANCE INSURANCE CO.'S SURREPLY TO STRIKE PURSUANT TO LCR 7(g)** |

## I.  RELIEF REQUESTED

Pursuant to Local Rule 7(g), Defendant Esurance Insurance Co. ("Esurance") respectfully requests that the Court strike the following material, which is improper new evidence and argument in a reply:

- Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representatives (Dkt. #69) at ECF page 5, line 20 through ECF page 6, line 2 and at ECF page 6, line 19 through ECF page 6, line 21.

- The Declaration of Daniel A. Rogers in Support of Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representatives (Dkt. #70).
- Exhibit A to the Declaration of Daniel A. Rogers in Support of Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representatives (Dkts. #68-1, #68-2, #70-1).

In the alternative, Esurance requests leave to file a Surreply of up to five (5) pages to respond to the new arguments and evidence.

## II.  ARGUMENT

Esurance seeks to strike new argument and evidence introduced for the first time in Reply, which goes beyond the scope of Plaintiff's Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representative (Dkt. #57).

Plaintiff's Motion attempted to satisfy her burden of showing that class certification is proper based on: (1) limited evidence regarding the circumstances and claims of Plaintiff and **four proposed class members**, and (2) opinions of counsel about counsel's belief that Esurance had a uniform practice of denying claims based on MMI. (*See* Dkts. #57 at 9-10; #59 at 3; #59-6). Defendant challenged the sufficiency of that proof in Defendant's Opposition to Plaintiff's Motion for Class Certification, and moved to strike the improper opinions of counsel. (*See* Dkt. #63 at 23–25; *see also id.* at 11 n.6, 13-15.)

Plaintiff's Reply introduces substantial new evidence to try to satisfy the elements of Fed. R. Civ. P. 23(a) and 23(b)(3), including PIP benefit letters for **94 proposed class members** (totaling 151 pages of new evidentiary material). (Dkts. #68-1; #68-2, #69 at pp. 5:20-6:2, 6:19-21, #70, #70-1.)

New arguments and evidence are not permitted in reply. *See Docusign, Inc. v. Sertifi, Inc.*, 468 F. Supp. 2d 1305, 1307 (W.D. Wash. 2006) (Zilly, J.) ("It is well established that new arguments and evidence presented for the first time in Reply are waived.") (citation omitted).

DEFENDANT'S LCR 7(g) SURREPLY TO STRIKE –
(CASE NO. 2:18-CV-1316) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

That Esurance's Opposition pointed out Plaintiff's failure to make the required showing to support class certification does not authorize Plaintiff to introduce substantial new evidence with her Reply and try again to make that showing.  Esurance has not had the chance to address Plaintiff's new material, and thus would be prejudiced by its consideration.

Accordingly, the above-listed new materials related to 94 proposed class members should be stricken or, at the very least, Esurance should be given leave to file a Surreply of up to five (5) pages to respond to the new arguments and evidence.

### III.   CONCLUSION

For the foregoing reasons, the Court should strike the new evidence and argument submitted in connection with Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification, as described above, or give Esurance leave to file a Surreply to address those new materials.

DATED this 23rd day of September, 2019.

FOX ROTHSCHILD LLP


By   */s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: gskok@foxrothschild.com


By   */s/ Patrick M. Fenlon*
Patrick M. Fenlon (*pro hac vice*)
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, MN 55402
Telephone: 612-607-7000
Facsimile: 612-607-7100
Email: pfenlon@foxrothschild.com

Attorneys for Defendant Esurance Insurance Co.

# **CERTIFICATE OF SERVICE**

I certify that I am a legal administrative assistant at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Duncan C. Turner, WSBA #20597<br>Daniel A. Rogers, WSBA #46372<br>BADGLEY MULLINS TURNER PLLC<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 621-6566<br>Facsimile: (206) 621-9686<br>dturner@badgleymullins.com<br>drogers@badgleymullins.com<br>jbates@badgleymullins.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |
| Randall C. Johnson, Jr., WSBA #24556<br>LAW OFFICE OF RANDALL C. JOHNSON, PLLC<br>P.O. Box 15881<br>Seattle, WA 98115<br>Telephone: (206) 890-0616<br>rcjj.law@gmail.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |
| Ryan C. Nute, WSBA #32530<br>LAW OFFICE OF RYAN C. NUTE, PLLC<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 330-0482<br>ryan@rcnutelaw.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

DEFENDANT'S LCR 7(g) SURREPLY TO STRIKE –
(CASE NO. 2:18-CV-1316) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 23rd day of September, 2019 in Seattle, Washington.

_____
Courtney R. Tracy

DEFENDANT'S LCR 7(g) SURREPLY TO STRIKE –
(CASE NO. 2:18-CV-1316) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600