UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON,

               Plaintiff,

     v.

ESURANCE INSURANCE CO,

              Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Surreply to Strike Pursuant to Local Civil Rule 7(g), docket no. 74, is GRANTED in part and DENIED in part as follows:

    (a) By November 7, 2019, Defendant may file an additional surreply of up to five (5) pages in response to Plaintiff's Reply in support of its Motion for Class Certification, docket no. 69.

    (b) Defendant's motion, docket no. 74, is otherwise DENIED.

(2) Plaintiff's Motion for Class Certification, docket no. 57, is RENOTED to November 7, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of October, 2019.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1