1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

AT SEATTLE

7

MIKESHIA MORRISON, on behalf of
herself and all others similarly situated,

8

9

Plaintiff,

C18-1316 TSZ

v.

10

MINUTE ORDER

ESURANCE INSURANCE CO, a
foreign automobile insurance company,

11

12

Defendant.

13

14

     The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

15

16

     (1)     Plaintiff's Motion to Seal, docket no. 66, is GRANTED.  Exhibit A to the
Declaration of Daniel Rogers in Support of the Motion for Class Certification, docket
nos. 68-1 & 68-2, shall remain under seal.

17

     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

     Dated this 6th day of January, 2020.

19

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1