UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON,

    Plaintiff,

v.

ESURANCE INSURANCE CO,

    Defendant.

C18-1316 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument on Plaintiff's Motion for Class Certification, docket no. 57, is SET for Friday, January 24, 2020, at 10:00 AM before Judge Thomas S. Zilly. Plaintiff's Motion is RENOTED to January 24, 2020. The parties should be prepared to focus their arguments on class certification issues under Federal Rule of Civil Procedure 23(b)(2) & (3). The parties should also be prepared to discuss modifying the class definition to the form used by *Durant v. State Farm Mut. Auto. Ins. Co.*, 2019 WL 2422592, at *1 (W.D. Wash. June 10, 2019), as follows:

> All Esurance insureds in the state of Washington who, from August 6, 2012 to August 6, 2018, had a Personal Injury Protection (PIP) claim denied, terminated, or limited by Esurance based in part on the ground that they had reached Maximum Medical Improvement.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of January, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1