|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 27 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MIKESHIA MORRISON, on behalf of herself and all others similarly situated,

        Plaintiff-Petitioner,

 v.

ESURANCE INSURANCE COMPANY, a foreign automobile insurance company,

        Defendant-Respondent.

No.   20-80038

D.C. No. 2:18-cv-01316-TSZ
Western District of Washington, Seattle

ORDER

Before: FRIEDLAND and MILLER, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

LW/MOATT