UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON,

          Plaintiff,

  v.

ESURANCE INSURANCE CO.,

          Defendant.

C18-1316 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to Local Civil Rule 39.1(c)(7) and the Court's scheduling order, docket no. 36, ordering mediation on or before April 10, 2020, the parties are DIRECTED to provide written notice to the Court on or before April 22, 2020, concerning whether or not the matter has been resolved.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 15th day of April, 2020.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1