The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKESHIA MORRISON, on behalf of
herself and all others similarly situated,

                Plaintiff,

    v.

ESURANCE INSURANCE CO., a foreign
automobile insurance company,

                Defendant.

Case No. 2:18-cv-01316-TSZ

**STIPULATED MOTION AND (PROPOSED) ORDER TO VACATE AND RESET SCHEDULING ORDER DEADLINES**

**NOTE ON MOTION CALENDAR: APRIL 17, 2020**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and LCR 16(b)(6), Plaintiff Mikeshia Morrison ("Plaintiff") and Defendant Esurance Insurance Co. ("Defendant") (collectively, "the Parties") hereby stipulate to and jointly request that the trial date and all related dates in the Minute Order dated April 19, 2019 (Dkt. 36) be vacated and reset to future dates after the Western District of Washington courthouse reopens to the public. In support of this stipulated motion, the Parties state as follows:

1.      On February 6, 2020, this Court issued an order denying Plaintiff's motion for class certification. (Dkt. # 84.)

2.      On February 20, 2020, Plaintiff filed a Petition for Permission to Appeal this order with the United States Court of Appeals for the Ninth Circuit. (Dkt. # 86.)

3.      The Ninth Circuit did not rule on Plaintiff's Petition until March 27, 2020, at which time it denied Plaintiff's Petition.  (Dkt. # 86.)

4.      In the interim, the COVID-19 pandemic, travel cancellations, and various states' stay-at-home orders created additional challenges for this case, which was supposed to be mediated by April 10, 2020, before moving into the final phases of dispositive motion practice and trial when the pandemic hit.

5.      The global pandemic associated with the spread of COVID-19 has created health and safety concerns that are out of the parties' control, as this District explained in closing courthouses and indefinitely continuing in-person hearings:

> In response to the continued spread of COVID-19, President Trump has declared a national emergency and issued guidelines directing at-risk individuals including those 60 and older, to stay home and away from other people, and encouraging everyone to work from home whenever possible, to avoid discretionary travel, and to avoid social gatherings in groups of more than ten people. Governor Inslee has also declared a state of emergency. The Centers for Disease Control and Prevention ("CDC") and other health authorities have advised people to take precautions to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease. In particular, the CDC is recommending that people attempt to keep physical distance between themselves and other people… The CDC is recommending employers attempt to minimize exposure between employees and the public and to consider the public health and safety when scheduling group or public events.

Western District of Washington General Order No. 02-20 (Mar. 17, 2020).  Earlier this week, Chief Judge Martinez continued the restrictions from General Order 02-20 for another 30 days. General Order 07-20 (Apr. 13, 2020).

6.      The states in which the Parties and their counsel of record reside have enacted stay-at-home orders.  The stay-at-home order for Washington (and Minnesota, where one of Esurance's attorneys is located) is currently in effect until May 4, 2020.

7.      In light of the timing of Plaintiff's Petition for Permission to Appeal the class certification order, which was not decided by the Ninth Circuit until March 27, and the intervening COVID-19 crisis and stay-at-home orders, the Parties were not able to complete mediation before the April 10, 2020 deadline.  The Parties did, however, have informal

STIPULATED MOTION AND (PROPOSED) ORDER TO VACATE
AND RESET SCHEDULING ORDER DEADLINES
(CASE NO. 2:18-CV-1316-TSZ) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

discussions between counsel regarding settlement.  It is uncertain when the Parties will be able to safely attend mediation, and when the courthouse will reopen for the pretrial conference and trial.  At a minimum, however, it appears unlikely that a mediation will be possible before many of remaining pre-trial deadlines expire.

8.     To put the Parties back in the same position they were in before the pandemic disrupted the case schedule and the Court's calendar, the Parties respectfully request that the Court: (1) vacate the current case schedule, including the trial date and all related dates; and (2) order the Parties to jointly propose a new case schedule within five (5) days after the Western District of Washington courthouse reopens.

9.     This request is not made for purposes of delay, but rather to allow the Parties to attempt to resolve this case before incurring the fees and costs associated with preparing for trial.

10.     The Parties will be prejudiced if the Court does not grant this motion because without such an amendment, both Parties will be prejudiced by having to proceed with pre-trial preparation and trial without an opportunity to see if they can resolve this case through mediation.

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATED MOTION AND (PROPOSED) ORDER TO VACATE
AND RESET SCHEDULING ORDER DEADLINES
(CASE NO. 2:18-CV-1316-TSZ) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

1

DATED this 17th day of April, 2020.

2

3      BADGLEY MULLINS TURNER PLLC          FOX ROTHSCHILD LLP

4
       s/ Duncan C. Turner                   s/ Gavin W. Skok
5      Duncan C. Turner, WSBA # 20597        Gavin W. Skok, WSBA #29766
       Daniel A. Rogers, WSBA #46372         Laura P. Hansen, WSBA #48669
6      19929 Ballinger Way NE, Suite 200     1001 Fourth Avenue, Suite 4500
       Seattle, WA 98155                     Seattle, WA  98154
7      Telephone:  (206) 621-6566            Telephone: (206) 624-3600
                                             Facsimile: (206) 389-1708
8      Email:  dturner@badgleymullins.com    Email:  gskok@foxrothschild.com
       Email:  drogers@badgleymullins.com            lhansen@foxrothschild.com
9
                                             Patrick M. Fenlon, admitted *pro hac vice*
10     LAW OFFICE OF RANDALL C.              222 South Ninth Street, Suite 2000
       JOHNSON, PLLC                         Minneapolis, MN 55402
11                                           Telephone: 612-607-7000
                                             Facsimile: 612-607-7100
12     s/ Randall C. Johnson Jr.             Email: pfenlon@foxrothschild.com
13     Randall C. Johnson Jr., WSBA # 24556
       P.O. Box 15881                        *Attorneys for Defendant*
14     Seattle, WA  98115                    *Esurance Insurance Co.*
       Telephone:  (206) 890-0616
15     Email: rcjj.law@gmail.com

16     LAW OFFICE OF RYAN C. NUTE, PLLC

17

18     s/ Ryan C. Nute
19     Ryan C. Nute., WSBA #32530
       19929 Ballinger Way NE, Suite 200
20     Shoreline, WA 98155
       Telephone: (206) 330-0482
21     Email: ryan@rcnutelaw.com

22     *Attorneys for Plaintiff*

23

24

25

26

STIPULATED MOTION AND (PROPOSED) ORDER TO VACATE
AND RESET SCHEDULING ORDER DEADLINES
(CASE NO. 2:18-CV-1316-TSZ) - 4

## ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that:

The Minute Order dated April 19, 2019, Dkt. 36, is amended as follows.  The scheduling order deadlines relating to the LCR 39.1(c) settlement conference and mediation, trial date and pre-trial conference, and filing of dispositive motions, motions in limine, agreed pre-trial order, trial briefs, proposed voir dire questions, and proposed jury instructions are hereby vacated.  Within five days after the Western District of Washington courthouse reopens, the Parties shall jointly submit new proposed dates for these scheduling order deadlines.

DATED this ___ day of _____, 2020.

_____
The Honorable Thomas S. Zilly
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

By    *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: gskok@foxrothschild.com
            lhansen@foxrothschild.com

Patrick M. Fenlon, admitted *pro hac vice*
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-607-7000
Facsimile: 612-607-7100
Email: pfenlon@foxrothschild.com

*Attorneys for Defendant Esurance Insurance Co.*

STIPULATED MOTION AND (PROPOSED) ORDER TO VACATE
AND RESET SCHEDULING ORDER DEADLINES
(CASE NO. 2:18-CV-1316-TSZ) - 5

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600