1

2

3

4

5                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7       MIKESHIA MORRISON,

8                             Plaintiff,

9               v.                                    C18-1316 TSZ

10      ESURANCE INSURANCE CO,                        MINUTE ORDER

11                            Defendant.

12

13          The following Minute Order is made by direction of the Court, the Honorable
        Thomas S. Zilly, United States District Judge:

14          (1)     A telephonic status conference is SCHEDULED for Friday, April 24, 2020,
        at 11:00 a.m.  The parties should be prepared to discuss the pending case management
15      issues, including the parties' current ability to mediate and file dispositive motions while
        complying with General Order 07-20 and the stay-at-home directives issued by the
16      Governor of the State of Washington.  The parties will be contacted by the clerk with
        dial-in instructions.

17          (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
        record.
18
            Dated this 20th day of April, 2020.
19

20                                                   William M. McCool
                                                     Clerk
21
                                                     s/Karen Dews
22                                                   Deputy Clerk

23

MINUTE ORDER - 1